EXHIBIT A

To: the Schuylkill County Prothonotary
Bridget Miller,

RECEIVED OCT 2 0 2020 SCI-Frackville Superintendent's Office

Re: Cieniawa, vs. Brittain, Civil Action #
S-305-20
Dated 10-19-2020

I was forced to use this yellow paper, I am Also IFP., Can you please file this supplemental complaint,

Also, can you make 9 copies of this summons And Notice, And the complaint, seal it, sign it, And issue your survice upon these defendants - I have No Access or way to make copies -
Your, Service upon As Required;
To: COL. OBOYLE, COL. STORM, COL. GORNEL, COL. MORRIS, CO3, SIMPSON, SUPERINTENDANT BRITTAIN, DUPUTY GOURLEY AND COY REESE ALL AT SCI-FRACKVILLE 1111 ALTAMONT BOULEVARD FRACVILLE PA 17931
SERVICE UPON TO:
AND C/O: CHIEF OFFICAL OF THE OFFICE OF SPECIAL INVESTIGATIONS AND INTELLIGENCE "AS JOHN DOE," AT 1920 Technology Parkway, Mechanicsburg PA 17050

Please Return a service copy, signed, stamped and dated, with a Docket entry sheet attached, after you enter this complaint and summons in to the docket, and service my summons ~~Frank~~ and complaint by mail as i indicated.

Please & Thank You...

Also, Can you send me 3 of your precipe forms for forwarding to the court Adm. to attach to a few motions i'm doing up??

Thank you

JASON CIENIAWA   #MZ0869
SCI - Frackville
1111 Altamount Boulevard
Frackville PA. 17931

/S/ J̲_____

SCHUYLKILL COUNTY COURT OF COMMON PLEAS – PENNSYLVANIA
CIVIL DIVISION

JASON CIENIAWA                    S-305-2020

VS.

KATHY BRITTAIN, ET.AL.

## SUMMONS

TO FIRST SHIFT OFFICER OBOYLE, AND TO THE 2ND. SHIFT OFFICERS WORKING IN THE RESTRICT HOUSING UNIT OF-EB BLOCK, CO3 SIMPSON, CO1. STORM, CO1. GORNEL, CO1. MORRIS AND SEVERAL JOHN DOES OF A CO1, CO2, CO3, RANKS- SUPERINTENDANT KATHY BRITTAIN, DEPUTY SUPERINTENDANT MICHAEL GOURLEY, SECURITY CAPTAIN REESE, IN YOUR OFFICAL AND INDIVIDUAL CAPACITIES, EMPLOYEES OF SCI FRACKVILLE, 1111 ALTAMOUNT BOULEVARD, FRACKVILLE, PA. 17931- AND TO CHIEF OFFICER OF THE OFFICE OF SPECIAL INVESTIGATIONS – 1920 TECHNOLOGY PKWY., MECHANICSBURG, PA 17050,

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF JASON CIENIAWA, MZ0869- 1111 ALTAMOUNT BOULEVARD, FRACKVILLE PA. 17931- AND UPON THE COURT AT 401 N. 2ND STREET, POTTSVILLE PA. 17901 – PROTHONOTARYS OFFICE, AN ANSWER TO THE COMPLAINT WHICH IS HEREWITH SERVED UPON YOU - WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU. --- IF YOU FAIL TO DO SO A JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF AS IS DEMANDED IN THIS COMPLAINT. ---

PROTHONOTARY
_____

DATED: __/__/__

PAGE __1__ OF __8__ PAGES

SCHUYLKILL COUNTY COURT OF COMMON PLEAS - PENNSYLVANIA
CIVIL DIVISION

JASON CIENIAWA

vs.                                    S-305-2020

KATHY BRITTAIN, ET.AL.

## SUPPLEMENTAL COMPLAINT AND SUMMONS

AND NOW THIS 11TH DAY OF OCTOBER 2020 THE FOLLOWING DEFENDANTS TO ANSWER TO THE FOLLOWING CHARGES I'VE MADE AGAINST AS FOLLOWS:-

1). PLAINTIFF IS JASON CIENIAWA NO. MZ0869, OF SCI-FRACKVILLE, 1111 ALTAMONT BOULEVARD, FRACKVILLE PA. 17931...

2). PLAINTIFF FILED AN ORIGINAL CIVIL ACTION BY SUMMONS ON 3-22-2020, AT WHICH WAS STIKEN AND AMENDED AND SERVED ON THE ORIGINAL DEFENDANTS ON 5-13/14-2020...

3). PLAINTIFF HAS FILED SEVERAL SUPPLEMENTAL COMPLAINTS SINCE - FOR RETALIATION, OFFICAL ABUSE AND HARASSMENT - TO WIT THESE FOLLOWING CLAIMS ARE OF THAT NATURE.--

4). PLAINTIFF UPTIL FEBRUARY OF 2020 WAS IN MID PROCESS OF EXHAUSTING IN HOUSE GRIEVANCE REMEDIES FOR SEVERAL INCIDENCES, AND SOON AFTER BECAME A TARGET OF HARASSMENT TO WIT SEVERAL DEFENDANTS HAVE BEGAN TO COHORT TOGETHER WITH THEIR CO-WORKERS IN A CAMPAIGN OF DAILY ACTS OF CELL SEARCHS WEEKLY AND DESTROYING AND STEALING PLAINTIFFS PROPERTY, TO CONSISTENTLY REFUSING TO OPEN PLAINTIFFS DOOR FOR MEALS, YARDS, PASES -- ECT -- TO INCLUDE DEFENDANT HANNON IN 3-4-2020 AT PLAINTIFFS DOOR QUOTING HIS WORDS- HE WILL JUICE UP FALSE CONDUCTS ON PLAINTIFF TO BURRY PLAINTIFF IN THE HOLE SOLITARY CONFINEMENT FOR SO LONG WITH NOTHING AND NO OUT SIDE CONTACT UNTILL PLAINTIFF FORGETS HIS NAME.--

5). PLAINTIFF REMAINED IN FEAR FOR HIS LIFE, SAFETY AND HEALTH SINCE DEFENDANT HANNON MADE THAT THREAT --- TO WIT AN ACCUMULATION OF ON GOING ACTS AS STATED IN THE ~~may~~ AMENDED AND THE SEVERAL SUPPLEMENTAL COMPLAINTS LISTED ABOVE-

PAGE 2 OF 8 PAGES

6). PLAINTIFF ON JULY 20TH, 2020 BY U.S. MAIL SENT THE OFFICE OF INTERNAL AFFAIRS, SPECIAL INVESTIGATIONS AND INTELLIGENCE AT CENTRAL OFFICE - A LETTER OUTLINING SEVERAL ISSUES THAT ARE ALL PART OF THIS CIVIL ACTION - THAT THE PLAINTIFF KNOWS SEVERAL OFFICERS AND DATED TWO NURSES WHO WORK AT SCI-FRACK- VILLE, AND PRIOR TO HIS IMPRISONMENT HERE, HE AND HIS FAMILY HAD SEVERAL ISSUES, A FEW VIOLENT CONFLICTS WITH, AND IS MOST LIKELY A MAJOR FACTOR OF ALOT OF THE HARASSMENT AND ABUSE AGAINST PLAINTIFF --- BUT, SOMEHOW DEFENDANT REESE OF SCI-FRACKVILLE ENDED UP WITH SAID LETTER ON 7-21-2020, AND PUT THE PLAINTIFF IN THE RHU SOLITARY CONFIN- EMENT UNIT --- CAPTIAN REESE CONDUCTED A INVESTIGATION AND ON 09-11-2020, PUT PLAINTIFF IN FOR A STAFF SEPERATIONAL SECURITY TRANSFER ---

7). SOON AFTER PLAINTIFF WAS PLACED IN THE HOLE ON SOLITARY CONFINEMENT ON 24/7 LOCK DOWN 07-21-2020, SEVERAL OFFICERS BEGAN TO BURN PLAINTIFF FOR SHOWERS, YARDS, LAW LIBRARY AND EVERYTHING ELSE --- SOON AFTER 09-11-2020 THE GUARDS BEGAN A CAMPAIGN TO ISSUE PLAINTIFF MISCONDUCT - 5 TO DATE, FOR THINGS PLAINTIFF IS NOT DOING - DEFEND- ANT SIMPSON TOLD PLAINTIFF TO HIS FACE, THEY - MEANING THE DEFENDANTS - INTEND TO BURRY PLAINTIFF IN MISCONDUCTS - BECAUSE IT IS STANDARD DOC PROCEDURE THAT AN INMATE MUST COMPLEAT HIS MISCONDUCT TIME BEFORE TRANSFERED --- DEFENDANT SIMPSON HAS WROTE 3 OF THESE FALSE CONDUCT CHARGE REPORTS HIM SELF --- AS A SUPPLEMENTLY FILED COMPLAINT AND SUMMONS INDICATES --- FILED RECENTLY --- DEF. SIMPSON HAS EVEN PARTICIPATED WITH DEFENDANT SNOOKE RECENTLY IN AN ACT OF DESTROYING AND STEALING LEGAL DOCUMENTS ---

TO WIT IS A BASIC HISTORY OF FACTS - AND NOW PLAINTIFF CHARGES THAT -

8). DEFENDANTS SIMPSON, MOKRIS, GORNEL, STORM AND SEVERAL JOHN DOES' ON AND SHIFT WORKING THE RHU/HOLE ON BB-BLOCK WHERE PLAINTIFF WAS MOVED TO ON 10-06-2020 HAVE DENIED THE DINNER MEAL ON 2ND SHIFT AT @ 1700 HOURS DAILY SINCE 10-06-2020 - LEAVING THE PLAINTIFF TO SURVIVE ON THE OTHER TWO TINY MEALS AT BREAKFAST AND LUNCH - WELL BELOW 1000 CALORS --- THEY ARE FALSLY REPORTING IT SAYING PLAINTIFF IS REFUSING THESE MEALS ---

PAGE 3 OF 8 PAGES

9). DEFENDANT SIMPSON HAS NOW FALSIFIED SEVERAL MISCONDUCT REPORTS FOR THREATS AND ABUSIVE LANGUAGE IN THE LAST COUPLE OF WEEKS, DEF. O'BOYLE ISSUED A FALSIFIED REPORT FOR THREATS, AND DEFENDANT MORRIS ISSUED ONE FOR THREATS ON 10-9-2020, 10-6-2020, FALSIFIED LEGAL DOCUMENTS THAT ARE BEING USED TO:

  1). STOP PLAINTIFFS STAFF SECURITY TRANSFER - THEY ARE OBSTRUCTING AND INTERFERING WITH GOVERNMENTAL FUNCTIONS, BY FALSIFYING MISCONDUCTS IN ORDER TO CAUSE PLAINTIFF TO REMAIN AT THIS PRISON WITH THE SAME, AND BY THE SAME, OFFICERS THAT SECURITY DETERMINED PLAINTIFF NEEDED A SEPERATION AND PROTECTION FROM --- HOW CONVENIENT TILL THE CONDUCT TIME IS DONE - WHICH SEEMS FAR AWAY ---
  2). TO DENY PLAINTIFF ACCESS TO SHOWERS, THE LAW LIBRARY, PHONE, VIZITS, AND ANY OTHER MOVEMENT OUTSIDE HIS CELL -

10). THESE DEFENDANTS AND A COHORT OF JOHN DOES ARE STATIGICALLY CAMPAIGNING A SERIOUS SEEM TO TARGET THE PLAINTIFF - THEY ARE VOUCHING FOR EACH OTHERS LIES AND FALSE REPORTS TO THEIR SUPERIORS AGAINST THE PLAINTIFF, TO JUSTIFY THEIR USE OF OBSTRUCT-ION OF GOVERNMENTAL FUNCTIONS OF THE PLAINTIFFS SECURITY TRANSFER, ACCESS AND USE OF THE PRISON GRIEVANCE SYSTEM, AND USE AND ACCESS OF THE COURT --- THESE NEW DEFENDANTS SINCE BAR 07-21-2020, HAVE USED THEIR OFFICAL POWER TO PURSUE BOTH CRIMINAL AND CIVIL CRIMES OF HARASSMENT, OBSTRUCTION, RETALIATION, FABRICATION OF PHYSICAL EVIDENCE, AND INTIMIDATION BY DOING SO AMOUNTING TO DAILY FEAR OF PLAINTIFFS HEALTH AND WELL BEING, A PSYCHOLOGICAL ABUSE, TO WIT PLAINTIFF IS ALREADY A MENTALLY DETERIATED AND HANDYCAP INDIVIDUAL ---

11). PLAINTIFF BEGANT TO CONTINUE EXHAUSTION GRIEVANCE REMIDIES TWO WEEKS AGO - AND WAS SENT DEFENDANT BRITTAIN AND GOURLEY, REBSE AND JOHN DOE SUPERVISOR AT CENTRAL OFFICE OF SCI WHO ARE SUPER-VISORY AND SECURITY OFFICALS AT THIS PRISON AND ALSO TO JOHN DOE THE CHIEF OFFICER AT THE OFFICE OF SPECIAL INVESTIGATIONS CENTRAL OFFICES, SEVERAL MEMOS AND COMPLAINTS OUT LINING THE FALSE CONDUCT CHARGES AND THESE VIOLATIONS AS STATED HEREIN AND THE THREE OTHER SUPPLEMENTAL COMPLAINTS FILED RECENTLY -

8

11) CONTINUES FROM PAGE 4). — 14 REQUESTS, COMPLAINTS TO THE DEF(S) IN PARAGRAPH 11 HERE HAVE IGNORED EVERY LAST COMPLAINT — AND HAVE FAILED TO DO ANYTHING TO STOP, PREVENT OR REPREMAND THE COHORT OF OFFICERS FROM THESE ON GOING ACTS — THE CHIEF OFFICER OF THE SPECIAL INVESTIGATIONS INTERNAL AFFAIRS OFFICE CENTRAL OFFICE, THE CAPT. OF SECURITY REESE, SUPERVISOR BRITTAIN, DEPUTY GOURLEY HAVE ALLOWE THEIR RANKING CO1 CO2 CO3 DEFENDANTS TO CARRY OUT THESE ACTS —

12). PLAINTIFF IS IN SOLITARY CONFINEMENT, DENIED SINCE BEFORE 7-21, 2020, 1). AT LEASED ONE MEAL A DAY TO GET AN ADEQUATE AMOUNT OF CALORIES AND NUTRIENTS ARE DENIED — SINCE THE ONLY FOOD AVAILABLE IS THE 3 MEALS A DAY, USUALLY SECOND SHIFT AND BY THE CO1. CO2 RANKS — 2). PLAINTIFF HAS HAD ACCESS TO 3 SHOWERS IN 3 MONTHS.. 3). DENIED GRIEVANCE FORMS AND USE OF GRIEVANCE UNTIL TWO WEEKS AGO AND IMMEDIATE RETALIATION AND THREATS AGAINST PLAINTIFF INCREASED TO A POINT PLAINTIFF NO FEARS OFFICERS WILL TRY TO PLANT CONTRABAND OR OTHERWISE FALSIFY CRIMINAL CHARGES AND OR CAUSE THE DEATH OF PLAINTIFF.. 4). PLAINTIFF HAS BEEN DENIED HIS ASTHMA MEDICATION FOR 4 MONTHS, HAS BEEN LEFT TO SUFFER DENIED MEDICAL FOR SEVER PAIN IN HIS BACK NECK AND LEGS AND HEAD FROM SPINAL FRACTURES AND NERVE DAMAGES. 5). PLAINTIFF IS SUFFERING HEAD BRAIN TRAUMA FROM TWO FALLS OFF A TOP BUNK OF DIZZINESS, LIGHTHEADINESS, AND FORGETFULNESS, IS BARELY ABLE TO SIT UP OR MOVE DO TO STIFFNESS AND PAIN, AND FOR ABOUT 10 MONTHS SUPERVISORY AND SECURITY OFFICALS HAVE IGNORED AND FAILED TO TAKE MEASURES TO STOP THESE ACTS AND CAUSE CORRECT CARE —

13) DUE TO THE CIRCUMSTANCES IN WHOLE, THE PLAINTIFF SHOULD HAVE BEEN GIVEN AN IMMEDIATE TRANSFER OUT OF SCI- FRACKVILLE, NOT LEFT HERE TO THESE DEFENDANTS ON GOING VIOLATIONS, AND LEFT TO HAVE THE SAME OFFICERS THAT SECURITY SAID PLAINTIFF NEEDED PROTECTION AND SEPERATION FROM, TO BE ABLE TO HAVE THEM AND THEIR FELLOW BUDDY CO-WORKERS BUCK THE SYSTEM BY ISSUING FALSE MISCON- DUCTS IN ORDER TO STOP PLAINTIFFS TRANSFER.

14). TO WRIT PLAINTIFF CHARGES: SUPERINTENDANT BRITTAIN AND DEPUTY GOURLEY WITH INTENTIONAL DERECLECTION OF DUTY AS SUPERVISORY POSSITION - A NEGLIGENCE TO ALLOW PHYSICAL AND PSYCHOLOGICAL DAMAGES BY YOUR OFFICERS YOUR SUPOST TO CONTROL AND REPREMAND - YOU HAVE IGNORED OVER 30 REQUESTS AND COMPLAINTS, TO WRIT SEVERAL FROM CENTRAL OFFICE, FROM PLAINTIFF ABOUT SERIOUS ON GOING DENIED MEDICAL, DENIED MEALS, DENIED SHOWERS, DENIED LAW LIBRARY, ECT, AND HAVE PERMITTED YOUR OFFICERS TO RETALIATE AND TRY TO INTIMIDATE PLAINTIFF FROM PURSUING GREIVANCE AND COURT CLAIMS AND REMEDY AGAINST YOUS AND YOUR UNDERLINGS -- YOU HAVE IGNORED PLAIN OUT THREATS AND FALSE MISCONDUCT ALLEGATIONS FROM YOUR OFFICERS UPON PLAINTIFF --

15). DEFENDIANT REESE OF FRACKVILLE SECURITY AND CHIEF JOHN DOE OF THE OFFICE OF SPECIAL INVESTIGATIONS CENTRAL OFFICE - YOU HAVE NEGLECTED YOUR DUTY TO PROTECT AND PREVENT SERIOUS ACTS OF OFFICIAL OBSTRUCTION AND INTERFERENCE BY SCI-FRACKVILLE OFFICERS FROM SUPERVISORY DOWN TO COI RANKS - YOU HAVE NEGLECTED TO TAKE MEASURES TO HAVE PLAINTIFF IMMEDIATELY TRANSFERED OUT OF THIS PRISON AND OUT OF THESE VIOLENT AND UNHUMANE CONDITIONS -- YOU HAVE ALLOWED OFFICIALS HERE TO TAKE A COURSE OF ACTION OF FALSIFYING MIS- CONDUCTS AGAINST PLAINTIFF FOR THE SOLE PURPOSE OF STOPPING PLAINTIFF FROM BEING ABLE TO TRANSFER - YOUR ALOWING THE SAME PEOPLE YOU SAID I NEED A SEPERATION AND TRANSFER FROM, TO ABUSE A LOOP HOLE IN DOC CUSTOMS - AND STOP PLAINTIFF FROM BEING ABLE TO TRANSFER --

NOTE: A TRANSFER GOES ON HOLD PENDING COMPLETION OF MISCONDUCT TIME -- TO WRIT 5 FABRICATED CONDUCT CHARGES HAVE BEEN WROTE IN THREE WEEKS TO FORCE PLAINTIFF TO REMAIN HERE TO BE BASICALLY TORTURED ABUSED, AND PERMINENTLY HARMED, AND SLOWLY STARVED AND POSSIBLE DIE OF DENIED ASTHMA MEDICATION AND TREATMENT OF HEAD TRAUMA --

16). COI. O'BOYLE, COI. MEYER, COI. CRESS, COI. GORNEY, COI. MORRIS, COI. STORM, CO3 SIMSON YOU ARE OF SEVERAL OFFICERS AND JOHN DOES WHO HAVE CONSPIRED TO VOUCH FOR EACH OTHERS FABRICATED FALSE ALLEGATIONS, YOU HAVE DENIED A MEAL A DAY, ALL SHOWERS, LAW LIBRARY, AND MOVEMENT WITH YOUR FALSE REPORTS AND YOUR INTENTIONAL ABUSE OF DUTIES,

TO OBSTRUCT AND INTERFER WITH THE PLAINTIFFS GOVERNMENTL FUNCTIONS, YOUR INTETIONALLY ABUSING A LOOP HOLE TO KEEP PLAINTIFF FROM HIS SECURITY TRANSFER, YOUR INTENTIONALLY SLOWLY STARVING PLAINTIFF BY DENYING A MEAL A DAY AND FALSLY REPORTING IM DENYING SAID MEAL, YOUR ENGAGING IN A CONSPIRCY TO DENY THE PLAINTIFF ACCESS AND USE OF THE GRIEVANCE PROCEDURE, YOUR THREATENING AND HARASSING AND TRYING TO INTEMIDATE PLAINTIFF TO DROP HIS COURT AND PRISON COMPLAINTS, AND YOUR ENGAGING IN INTENTIONAL CONSPIRCY WITH OFFICERS WHO PLAINTIFF HAD PRIORLY HAD SERIOUS AND SOME VIOLENT INTERACTIONS WITH WHILE OUT SIDE OF PRISON, WHO ARE USING THEIR NEW OFFICAL POWER TO MAKE EVERY LAST ASPECT OF PRISON AS MISERABLE AS POSSIBLE, TO STEAL AND DESTROY PERSONAL PROPERTY, TARE APART MY CELL AT EVERY CHANCE, AND SEGRAGATE ME IN A CELL FOR MY ENTIRE SENTENCE ALONE, WITH NO CONTACT WITH FAMILY OR OTHER INMATES--

### DAMAGES

18. TO WIT YOUR ALLENHANCING THE EFFECTS OF THE PHYSICAL DAMAGES PLAINTIFF HAS SUFFERED OVER THE LAST YEAR-- YOUR PSYCHOLOGICALLY DAMAGING THE PRE-EXISTING WITH NEW WORSENING TRAUMA UPON PLAINTIFF, PLAINTIFF IS SCARED, UNABLE TO SLEEP, HAS NIGHTMARES IS WAKEN UP, AND DURING THE DAY WHILE AWAKE BECOMING REAL JUMPY AND SHOCKED BY ANY SLIGHT NOISE OR STAFF INTERACTION, PLAINTIFF IS REAL STIFF AND UNMOBLE FOR A GOOD PART OF THE DAY, PLAINTIFF IS WAKEN AT NIGHT GASPING FOR AIR, HAS CRIED AND SHOKE WITH UNCONTROLED ANXIETY AND FEAR UNDER HIS BUNK FOR HOURS, A FEW DAYS A WEEK FOR THE LAST 7 OR SO WEEKS.

TO WIT PLAINTIFF SEEKS $500,000 IN US DOLLARS AGAINST EACH DEFENDANT IN THIS SUPPLEMENTAL COMPLAINT, FOR EACH MALIOUS ACT AND FAILURE TO ACT CLAIMED HERE IN, AGAINST YOU IN YOUR OFFICAL AND INDIVIDUAL CAPACITY, IN THE NATURE OF PUNITIVE AND COMPENSATORY DAMAGES.

PLAINTIFF SEEKS THE SUPERVISORY OF SCI-FRACKVILLE, THE OFFICE OF THE SECURITY AT SCI FRACKVILLE, AND THE CHIEF OF SPECIAL INVESTIGATIONS OR CENTRAL OFFICE TO TAKE IMMEDIATE ACTION TO TRANSFER PLAINTIFF OUT OF SCI-FRACKVILLE--

PAGE 7 OF 8

PLAINTIFF SEEKS COSTS OF LITIGATION AND ALL OTHER EQUITABLE FAIR AND JUST RELIEF THE COURT SEES PROPER --

BY COURTS ORDER OR THIS REQUEST --

PLAINTIFF SEEKS AN IMMEDIATE CONFERENCE WITH THE SCHUYLKILL COUNTY DA. OFFICE AND THE ATTORNEY GENERAL OFFICE TO PURSUE CRIMINAL CHARGES FOR SEVERAL CRIMINAL VIOLATIONS RELATED TO OBSTRUCTION AND INTERFERENCE OR LAW AND GOVERNMENTAL FUNCTIONS PURSUANT TO 18 PA.CSA§5101; FOR FABRICATION FALSE EVIDENCE AND TAMPERING WITH EVIDENCE PURSUANT TO 18 PA.CSA.§ 4910; FOR AGRAVATED HARASSMENT PURSUANT TO 18 PA.CSA.§ 2707 POLICE FOR THREATS AND OTHER INPROPER INFLUENCE IN OFFICAL AND POLITICAL MATTERS 18 PA.CSA.§ 4702; FOR THEFT 18 PA.CSA§ 3921; AND FOR OTHER SEXUAL ASALTIVE ACTS - PREA VIOLATIONS -

I WANT PURSUID ALL AGAINST THESE DEFENDANTS OF THIS CIVIL ACTION EVERY LAST DEFENDANT ABOUT 30 TOTAL FOR THEIR ACTIONS ---

THE HEREIN IS TRUE AND CORRECT

SERVICE BY SUMMONS - BY PROTHONOTARY

BY PLAINTIFF
JASON CZENDAWA #MZ0864
SCI- FRACKVILLE
1111 ALTAMONT BOULEVARD
FRACKVILLE PA. 17931
/S/ Jason

8 OF 8

IN THE COURT OF COMMON PLEAS
OF SCHUYLKILL COUNTY, PENNSYLVANIA

| | |
|---|---|
| JASON CIENIAWA, : | |
| **Plaintiff** : | |
| : | No. 20-0305 |
| v. : | |
| : | |
| KATHY BRITTAIN, JAMES MEINTEL, : | |
| MICHAEL GOURLEY, KAREN HOLLY : | |
| – MEDICAL, MARY JOY MONSALUDE, : | |
| CO2 SHULTZ – C-BLOCK, CO1 LUCAS : | |
| – C-BLOCK, SANKAS – : | |
| MAINTENANCE, CO3 LT. HANNON, : | |
| PA. TONY – MEDICAL, JOHN DOES, : | |
| JANE DOES OF SCI FRACKVILLE *and* : | |
| JOSEPH SILVA OF CENTRAL OFFICE, : | |
| **Defendants** : | |

**PRAECIPE TO CONSENT TO AMENDMENT OF COMPLAINT**

To the Prothonotary:

Plaintiff Jason Cieniawa filed a "Supplemental" Complaint that is construed as an amended complaint on October 16, 2020 without seeking leave of Court. The Amended Complaint was served on Defendants October 22, 2020. Pursuant to Pennsylvania Rule of Civil Procedure 1033(a), Plaintiff is to seek consent of the adverse party prior to filing an amended complaint. Please consider this praecipe as granting consent to the amendment of the complaint.

                                           **Respectfully submitted,**

                                           **JOSH SHAPIRO**
                                           **Attorney General**

                              **By:** _____
                                           **ALLISON L. DEIBERT**
**Office of Attorney General**        **Deputy Attorney General**
**15th Floor, Strawberry Square**    **Attorney ID 309224**
**Harrisburg, PA 17120**

| | |
|---|---|
| **Phone: (717) 705-2532** | **KAREN M. ROMANO**<br>**Chief Deputy Attorney General** |
| **adeibert@attorneygeneral.gov** | **Civil Litigation Section** |
| **Date:  October 23, 2020** | **Counsel for Defendants Brittain, Meintel, Gourley, Holly, Schultz, Lucas, Sankus, Hannon and Silva** |

## **CERTIFICATE OF COMPLIANCE**

I, Allison Deibert, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

*/s/ Allison Deibert*
**ALLISON DEIBERT**
Deputy Attorney General

IN THE COURT OF COMMON PLEAS
OF SCHUYLKILL COUNTY, PENNSYLVANIA

| | |
|---|---|
| JASON CIENIAWA, | : |
| **Plaintiff** | : |
| | : No. 20-0305 |
| v. | : |
| | : |
| KATHY BRITTAIN, JAMES MEINTEL, MICHAEL GOURLEY, KAREN HOLLY – MEDICAL, MARY JOY MONSALUDE, CO2 SHULTZ – C-BLOCK, CO1 LUCAS – C-BLOCK, SANKAS – MAINTENANCE, CO3 LT. HANNON, PA. TONY – MEDICAL, JOHN DOES, JANE DOES OF SCI FRACKVILLE *and* JOSEPH SILVA OF CENTRAL OFFICE, | : |
| **Defendants** | : |

## CERTIFICATE OF SERVICE

I, Allison L. Deibert, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on October 23, 2020, I caused to be served a true and correct copy of the foregoing document titled Praecipe to Consent to Amendment of Complaint to the Plaintiff through the Department of Corrections. This alternative method of service is being used due to COVID-19.

**VIA U.S. MAIL**
**Jason Cieniawa, MZ-0869**
**SCI Frackville**
*Pro Se Plaintiff*

**ALLISON L. DEIBERT**
Deputy Attorney General