# EXHIBIT B

IN THE COURT OF COMMON PLEAS
OF SCHUYLKILL COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| JASON CIENIAWA, | : | |
| **Plaintiff** | : | |
| | : | No. 20-0305 |
| v. | : | |
| | : | |
| KATHY BRITTAIN, JAMES MEINTEL, | : | |
| MICHAEL GOURLEY, KAREN HOLLY | : | |
| – MEDICAL, MARY JOY MONSALUDE, | : | |
| CO2 SHULTZ – C-BLOCK, CO1 LUCAS | : | |
| – C-BLOCK, SANKAS – | : | |
| MAINTENANCE, CO3 LT. HANNON, | : | |
| PA. TONY – MEDICAL, JOHN DOES, | : | |
| JANE DOES OF SCI FRACKVILLE *and* | : | |
| JOSEPH SILVA OF CENTRAL OFFICE, | : | |
| **Defendants** | : | |

## NOTICE OF REMOVAL

TO: Prothonotary
Schuylkill County Courthouse
401 N. 2nd Street, 1st Floor
Pottsville, PA 17901

Jason Cieniawa
SCI Frackville
301 Morea Road
Frackville, PA 17932
*Pro Se Plaintiff*

PLEASE TAKE NOTICE that, in accordance with 28 U.S.C. §1446, a Removal Petition was filed in the United States District Court for the Middle District of Pennsylvania, removing the action docketed at No. 20-305 in the Court of Common Pleas of Schuylkill County, Pennsylvania. I certify that the attached copy of the Removal Petition is a true and correct copy of the original that was filed in the Office of the Clerk, United States District Court for the Middle District of Pennsylvania.

**Respectfully submitted,**

**JOSH SHAPIRO**
**Attorney General**

By: /s/ Allison Deibert
**ALLISON L. DEIBERT**

2

| | |
|---|---|
| **Office of Attorney General**<br>**15th Floor, Strawberry Square**<br>**Harrisburg, PA 17120**<br>**Phone: (717) 705-2532**<br><br>**adeibert@attorneygeneral.gov**<br><br>**Date:  October 23, 2020** | **Deputy Attorney General**<br>**Attorney ID 309224**<br><br>**KAREN M. ROMANO**<br>**Chief Deputy Attorney General**<br>**Civil Litigation Section**<br><br>**Counsel for Defendants Brittain, Meintel, Gourley, Holly, Schultz, Lucas, Sankus, Hannon and Silva** |

2

## **CERTIFICATE OF COMPLIANCE**

I, Allison Deibert, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

*/s/ Allison Deibert*

**ALLISON DEIBERT**
Deputy Attorney General

## IN THE COURT OF COMMON PLEAS
## OF SCHUYLKILL COUNTY, PENNSYLVANIA

| | |
|---|---|
| JASON CIENIAWA, | : |
| **Plaintiff** | : |
| | : No. 20-0305 |
| v. | : |
| | : |
| KATHY BRITTAIN, JAMES MEINTEL, MICHAEL GOURLEY, KAREN HOLLY – MEDICAL, MARY JOY MONSALUDE, CO2 SHULTZ – C-BLOCK, CO1 LUCAS – C-BLOCK, SANKAS – MAINTENANCE, CO3 LT. HANNON, PA. TONY – MEDICAL, JOHN DOES, JANE DOES OF SCI FRACKVILLE *and* JOSEPH SILVA OF CENTRAL OFFICE, | : |
| **Defendants** | : |

### CERTIFICATE OF SERVICE

I, Allison L. Deibert, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on October 23, 2020, I caused to be served a true and correct copy of the foregoing document titled Notice of Removal to the Plaintiff through the Department of Corrections. This alternative method of service is being used due to COVID-19.

**VIA U.S. MAIL**

**Jason Cieniawa, MZ-0869**
**SCI Frackville**
*Pro Se Plaintiff*

*/s/ Allison Deibert*

**ALLISON L. DEIBERT**
Deputy Attorney General